IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

AMBER FOSTER,

      Petitioner,

Case No. 5D23-471
v.
LT Case No. 2021-CF-1204

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed January 27, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Charlie Cofer, Public Defender, and J. Mark Wright, Assistant Public Defender, Green Cove Springs, for Petitioner.

No Appearance for Respondent

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 13, 2022 judgment and sentence rendered in Case No. 2021-

CF-1204, in the Circuit Court in and for Clay County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, SOUD, and MACIVER, JJ., concur.